

CHAMBERS OF
**RONALD M. GOULD**
UNITED STATES CIRCUIT JUDGE

TEL: 206.553.7344

███████████████

July 17, 2007

*VIA FEDERAL EXPRESS*

Judge Ortrie D. Smith
Judicial Conference of United States
Committee on Financial Discosure
One Columbia Circle, N.E.
Washington, D.C. 20544

Re: Amended Financial Disclosure Report for Judge Ronald M. Gould

Dear Judge Smith:

Thank you for your letter of July 2, 2007. Please consider my attached revised, amended report.

I provided supplemental information in response to Part VII, Page 4, lines 8, 9, 11 and 12, and Page 6, lines 48 and 49. Regarding some other lines that you had questioned, all pertinent data was included, but I have added an amplification of my explanatory comments in Part VIII to clarify this.

Please call or write if you have additional questions or comments.

Sincerely,

███████████████

Ronald M. Gould
U.S. Circuit Judge

cc: Carmen Benedicto

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gould, Ronald M | U.S. Ct. of Appeals, 9th Cir. | 07/17/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☒ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1200 Sixth Avenue<br>21st Floor<br>Seattle, Washington 98101 | Reviewing Officer_____ Date_____ |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board | Chief Seattle Council, Boy Scouts of America |
| 2. Board | Ninth Judicial Circuit Historical Society |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M | 07/17/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M | 07/17/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Charles Schwab & Co. | margin loan on stock account | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gould, Ronald M | 07/17/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab Broker. Acct. | | | | | | | | | |
| 2. ChevronTexaco Corp., common stock | B | Dividend | | | partial sale | 05/18 | L | E | |
| 3. Chevron Texaco Corp., common stock | B | Dividend | | | sell | 07/28 | L | E | |
| 4. Vanguard Long-Term Bond Index Fund | A | Int./Div. | K | T | | | | | |
| 5. Vanguard Intermediate Term Bond Index Fund | A | Int./Div. | J | T | | | | | |
| 6. Vanguard GNMA Fund | A | Int./Div. | J | T | | | | | |
| 7. Johnson Controls Inc., common stock | A | Dividend | L | T | | | | | |
| 8. International Business Machines, common stock | | None | | | sell | 01/24 | L | | |
| 9. XM Satellite Radio Holdings, Class A | | None | | | sell | 05/16 | K | | |
| 10. Charles Schwab IRA Account | | | | | | | | | |
| 11. McDonald's Corp., common stock | | None | | | sell | 05/26 | L | E | |
| 12. Charles Schwab Accts., Cash & Sweep Money Market Funds | A | Int./Div. | | | transfer | 6/30 | L | | to Vanguard IRA Account |
| 13. Wells Fargo Bank Acct. | A | Interest | J | T | | | | | |
| 14. Perkins Building Partnership | A | Distribution | | | | | | | |
| 15. Vanguard/IRA Acct. for Ronald M. Gould | | | | | | | | | |
| 16. Vanguard Primecap Fund Admiral Shares | F | Dividend | P1 | T | | | | | |
| 17. Vanguard Prime Money Market Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,000 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M | 07/17/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Short-Term Bond Index Fund Investor Shares | C | Dividend | M | T | | | | | |
| 19. Vanguard Short-Term Investment-Grade Fund Investor Shares | C | Dividend | L | T | | | | | |
| 20. Vanguard Capital Opportunity Fund Admiral Shares | E | Dividend | O | T | | | | | |
| 21. High-Yield Corporate Fund Admiral Shares | C | Dividend | M | T | conversion | 08/18 | M | | |
| 22. High-Yield Corporate Fund Admiral Shares | C | Dividend | M | T | buy | 10/02 | K | | |
| 23. GNMA Fund Investor Shares | B | Dividend | L | T | buy | 05/22 | K | | |
| 24. GNMA Fund Investor Shares | B | Dividend | L | T | transfer | 07/05 | K | | |
| 25. GNMA Fund Investor Shares | B | Dividend | L | T | buy | 07/24 | J | | |
| 26. High-Yield Corporate Fund Investor Shares | A | Dividend | | | buy | 05/22 | K | | |
| 27. High-Yield Corporate Fund Investor Shares | A | Dividend | | | buy | 07/24 | L | | |
| 28. High-Yield Corporate Fund Investor Shares | A | Dividend | | | conversion | 08/18 | M | | |
| 29. Intermediate-Term Invest-Gr Investor Shares | B | Dividend | L | T | buy | 05/22 | K | | |
| 30. Intermediate-Term Invest-Gr Investor Shares | B | Dividend | L | T | buy | 07/24 | K | | |
| 31. Intermediate-Term Invest-Gr Investor Shares | B | Dividend | L | T | buy | 10/02 | J | | |
| 32. Long-Term Invest-Gr Investor Shares | A | Dividend | | | buy | 05/22 | K | | |
| 33. Long-Term Invest-Gr Investor Shares | A | Dividend | | | transfer | 05/22 | K | | |
| 34. Long-Term Invest-Gr Investor Shares | A | Dividend | | | buy | 07/24 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M | 07/17/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Long-Term Invest-Gr Investor Shares | A | Dividend | | | conversion | 08/18 | M | | |
| 36. Long-Term Invest-Gr Admiral Shares | C | Dividend | M | T | conversion | 08/18 | M | | |
| 37. Long-Term Invest-Gr Admiral Shares | C | Dividend | M | T | buy | 10/02 | J | | |
| 38. Developed Markets Index Fund | A | Dividend | K | T | buy | 05/22 | J | | |
| 39. Developed Markets Index Fund | A | Dividend | K | T | buy | 10/02 | J | | |
| 40. Emerging Markets Stock Index Fund Investor Shares | A | Dividend | K | T | buy | 05/22 | J | | |
| 41. Emerging Markets Stock Index Fund Investor Shares | A | Dividend | K | T | buy | 10/02 | J | | |
| 42. Global Equity Fund | A | Dividend | K | T | buy | 05/22 | J | | |
| 43. Global Equity Fund | A | Dividend | K | T | buy | 10/02 | J | | |
| 44. International Growth Fund Investor Shares | B | Dividend | K | T | buy | 05/22 | J | | |
| 45. International Growth Fund Investor Shares | B | Dividend | K | T | buy | 10/02 | J | | |
| 46. Vanguard Brokerage Services | | | | | | | | | |
| 47. Boeing Co., common stock | A | Dividend | | | sell | 06/15 | K | | |
| 48. ChevronTexaco Corp., common stock | D | Dividend | N | T | partial sale | 07/03 | K | | |
| 49. Chevron Texaco Corp., common stock | D | Dividend | N | T | partial sale | 09/26 | L | | |
| 50. Cisco Systems Inc., common stock | | None | | | sell | 05/11 | K | | |
| 51. Dell Computer Corp., common stock | | None | | | sell | 05/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and C3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M | 07/17/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Intel Corp., common stock | | None | | | sell | 05/11 | K | | |
| 53.   McDonald's Corp., common stock | | None | | | partial sale | 07/03 | K | | |
| 54.   McDonald's Corp., common stock | | None | | | partial sale | 07/14 | L | | |
| 55.   McDonald's Corp., common stock | | None | | | sell | 07/17 | L | | |
| 56.   Oracle Corp., common stock | | None | | | sell | 05/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M | 07/17/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Regarding Part VII, line 14, although interest in Perkins Building Partnership was sold in full in September 2005, as reported in last report, during 2006 I received an additional distribution of ███████ which reflected return of a deposit. I have no continuing interest in the partnership, so have listed the income but no value at year end.

On June 30, 2006, my Charles Schwab IRA balance was transferred to my Vanguard IRA account. The values from the transfer are reflected in the transfer notations on the funds identified in Part VII in lines 24 and 33.

On Part VII, transaction entries noted as "conversion" reflect conversion of Vanguard Investor Shares of the specified fund to become Admiral Shares of the same fund, which occurred when values reached a certain level. Accordingly, with regard to Page 5, lines 26-28, the third entry on line 28 is for a buy that reached the level of value in aggregate whereby these High-Yield Corporate Fund Investor Shares were automatically converted by Vanguard to be High-Yield Corporate Fund Admiral Shares. For that reason, we held no Investor Shares of this fund at year-end, and that is why lines 26-28 are blank on column C1 and C2, as there was no gross value at end of reporting period. However, the 8/18 date associated with the buy/conversion of the above shares, corresponds with the entry on line 21 for High-Yield Corporate Fund Admiral Shares, and on this the gross value category M is disclosed. The same type of conversion occurred with Long-Term Investment Grade Investor Shares,. shown in the purchases, and transfer, at Page 5, lines 32-34 and Page 6, line 35. These were converted as of 8/18 to Admiral Shares as shown on Page 6, line 36. That is why Page 5, lines 32-34 and Page 6, line 35 for the Investor Shares show no value at end of reporting period under column C1.

Please also note that the entries on Page 4, lines 1, 10, and 15 are for names of accounts, not assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _7 - / 7 - 0 7_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gould, Ronald M | 2. Court or Organization<br><br>U.S. Ct. of Appeals, 9th Cir. | 3. Date of Report<br><br>05/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>1200 Sixth Avenue<br>21st Floor<br>Seattle, Washington 98101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board | Chief Seattle Council, Boy Scouts of America |
| 2. Board | Ninth Judicial Circuit Historical Society |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 15 P 1:39 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Charles Schwab & Co. | margin loan on stock account | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab Broker. Acct. | | | | | | | | | |
| 2. ChevronTexaco Corp., common stock | B | Dividend | | | partial sale | 05/18 | L | E | |
| 3. Chevron Texaco Corp., common stock | B | Dividend | | | sell | 07/28 | L | E | |
| 4. Vanguard Long-Term Bond Index Fund | A | Int./Div. | K | T | | | | | |
| 5. Vanguard Intermediate Term Bond Index Fund | A | Int./Div. | J | T | | | | | |
| 6. Vanguard GNMA Fund | A | Int./Div. | J | T | | | | | |
| 7. Johnson Controls Inc., common stock | A | Dividend | L | T | | | | | |
| 8. International Business Machines, common stock | | | | | sell | 01/24 | L | | |
| 9. XM Satellite Radio Holdings, Class A | . | | | | sell | 05/16 | K | | |
| 10. Charles Schwab IRA Account | | | | | transfer | 06/30 | | | to Vanguard IRA Account |
| 11. McDonald's Corp., common stock | | | | | sell | 05/26 | L | | |
| 12. Charles Schwab Accts., Cash & Sweep Money Market Funds | A | Int./Div. | | | | | | | |
| 13. Wells Fargo Bank Acct. | A | Interest | J | T | | | | | |
| 14. Perkins Building Partnership | A | Distribution | | | | | | | |
| 15. Vanguard/IRA Acct. for Ronald M. Gould | | | | | | | | | |
| 16. Vanguard Primecap Fund Admiral Shares | F | Dividend | P1 | T | | | | | |
| 17. Vanguard Prime Money Market Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Short-Term Bond Index Fund Investor Shares | C | Dividend | M | T | | | | | |
| 19. Vanguard Short-Term Investment-Grade Fund Investor Shares | C | Dividend | L | T | | | | | |
| 20. Vanguard Capital Opportunity Fund Admiral Shares | E | Dividend | O | T | | | | | |
| 21. High-Yield Corporate Fund Admiral Shares | C | Dividend | M | T | conversion | 08/18 | M | | |
| 22. High-Yield Corporate Fund Admiral Shares | C | Dividend | M | T | buy | 10/02 | K | | |
| 23. GNMA Fund Investor Shares | B | Dividend | L | T | buy | 05/22 | K | | |
| 24. GNMA Fund Investor Shares | B | Dividend | L | T | transfer | 07/05 | K | | |
| 25. GNMA Fund Investor Shares | B | Dividend | L | T | buy | 07/24 | J | | |
| 26. High-Yield Corporate Fund Investor Shares | A | Dividend | | | buy | 05/22 | K | | |
| 27. High-Yield Corporate Fund Investor Shares | A | Dividend | | | buy | 07/24 | L | | |
| 28. High-Yield Corporate Fund Investor Shares | A | Dividend | | | conversion | 08/18 | M | | |
| 29. Intermediate-Term Invest-Gr Investor Shares | B | Dividend | L | T | buy | 05/22 | K | | |
| 30. Intermediate-Term Invest-Gr Investor Shares | B | Dividend | L | T | buy | 07/24 | K | | |
| 31. Intermediate-Term Invest-Gr Investor Shares | B | Dividend | L | T | buy | 10/02 | J | | |
| 32. Long-Term Invest-Gr Investor Shares | A | Dividend | | | buy | 05/22 | K | | |
| 33. Long-Term Invest-Gr Investor Shares | A | Dividend | | | transfer | 05/22 | K | | |
| 34. Long-Term Invest-Gr Investor Shares | A | Dividend | | | buy | 07/24 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Long-Term Invest-Gr Investor Shares | A | Dividend | | | conversion | 08/18 | M | | |
| 36. Long-Term Invest-Gr Admiral Shares | C | Dividend | M | T | conversion | 08/18 | M | | |
| 37. Long-Term Invest-Gr Admiral Shares | C | Dividend | M | T | buy | 10/02 | J | | |
| 38. Developed Markets Index Fund | A | Dividend | K | T | buy | 05/22 | J | | |
| 39. Developed Markets Index Fund | A | Dividend | K | T | buy | 10/02 | J | | |
| 40. Emerging Markets Stock Index Fund Investor Shares | A | Dividend | K | T | buy | 05/22 | J | | |
| 41. Emerging Markets Stock Index Fund Investor Shares | A | Dividend | K | T | buy | 10/02 | J | | |
| 42. Global Equity Fund | A | Dividend | K | T | buy | 05/22 | J | | |
| 43. Global Equity Fund | A | Dividend | K | T | buy | 10/02 | J | | |
| 44. International Growth Fund Investor Shares | B | Dividend | K | T | buy | 05/22 | J | | |
| 45. International Growth Fund Investor Shares | B | Dividend | K | T | buy | 10/02 | J | | |
| 46. Vanguard Brokerage Services | | | | | | | | | |
| 47. Boeing Co., common stock | A | Dividend | | | sell | 06/15 | K | | |
| 48. ChevronTexaco Corp., common stock | D | Dividend | | | partial sale | 07/03 | K | | |
| 49. Chevron Texaco Corp., common stock | D | Dividend | | | partial sale | 09/26 | L | | |
| 50. Cisco Systems Inc., common stock | | None | | | sell | 05/11 | K | | |
| 51. Dell Computer Corp., common stock | | None | | | sell | 05/15 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Intel Corp., common stock | | None | | | sell | 05/11 | K | | |
| 53.  McDonald's Corp., common stock | | None | | | partial sale | 07/03 | K | | |
| 54.  McDonald's Corp., common stock | | None | | | partial sale | 07/14 | L | | |
| 55.  McDonald's Corp., common stock | | None | | | sell | 07/17 | L | | |
| 56.  Oracle Corp., common stock | | None | | | sell | 05/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Regarding Part VII, line 14, although interest in Perkins Building Partnership was sold in full in September 2005, as reported in last report, during 2006 I received an additional distribution of $12.10, which reflected return of a deposit. I have no continuing interest in the partnership, so have listed the income but no value at year end.

On June 30, 2006, my Charles Schwab IRA balance was transferred to my Vanguard IRA account. The values from the transfer are reflected in the transfer notations on the funds identified in Part VII in lines 24 and 33.

On Part VII, transaction entries noted as "conversion" reflect conversion of Vanguard Investor Shares of the specified fund to become Admiral Shares of the same fund, which occurred when values reached a certain level.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _May 14, 2007_

NOTE: ANY INDIV[...] [...]S OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL S[...]

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544